## SCHACKMAN ET AL. v. ARNEBERGH, CITY ATTORNEY FOR THE CITY OF LOS ANGELES, ET AL.

No. 1186.  Decided May 29, 1967.

*Burton Marks* for appellants.

*Roger Arnebergh, pro se, Bourke Jones* and *Robert B. Burns* for appellees Arnebergh et al.; *Harold W. Kennedy, George Wakefield* and *Martin E. Weekes* for appellees Younger et al.; and *Thomas C. Lynch,* Attorney General of California, *pro se,* and *A. Barry Cappello,* Deputy Attorney General, for appellee Lynch.

PER CURIAM.

Appellants seek review by this Court of the refusal by the District Court to convene a three-judge District Court pursuant to 28 U. S. C. §§ 2281–2284. We have held that such review is available in the Court of Appeals, *Idlewild Bon Voyage Liquor Corp.* v. *Epstein,* 370 U. S. 713, and not in this Court. *Buchanan* v. *Rhodes,* 385 U. S. 3.

The motion to dismiss is granted and the appeal is dismissed for lack of jurisdiction.